THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Timothy John Kellerman,

Plaintiff,

vs.

Thomas Lee Rowen and Texas-Tronics, Inc.,

Defendants.

**STIPULATION TO AMEND CAPTION**

Court File No. 0:01CV1949

WHEREAS, T. T. I., Inc., as the correct legal entity and the true party in suit, was identified in the caption of the Complaint as Texas-Tronics, Inc.;

WHEREAS, this identification was in error;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel, that the court shall enter an order changing the caption as indicated below.

SCHWEBEL GOETZ & SIEBEN, P.A.

By ______________________
Larry E. Stern (#105296)
Attorneys for Plaintiff Timothy John Kellerman
5120 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2246
(612) 377-7777

Dated: 1/16, 2002

FILED JAN 1 8 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By ______________________________
Brian A. Wood (141690)
Sridevi S. Anwar (292965)
Attorneys for Defendants
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
(612) 340-7970/7995

Dated: 1-9, 2002

**ORDER**

NOW, THEREFORE, IT IS HEREBY ORDERED, UPON AGREEMENT OF THE PARTIES, and based on the above Stipulation, that the Clerk of Court shall amend the caption of the above matter to read: Timothy John Kellerman v. Thomas Lee Rowen and T. T. I., Inc..

All parties to these proceedings shall hereby refer to the amended caption accordingly.

DATED: JAN. 18, 2002

______________________________
Magistrate Judge