UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Timothy John Kellerman,

Plaintiff,

v.

Thomas Lee Rowen, et al.,

Defendants.

Civil No. 01-1949 (JMR/FLN)

**ORDER**

---

James Ballentine for Plaintiff.
Steven Little for Defendants.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on November 18, 2002, on Defendants' Motion for an Order Staying All Proceedings [#11].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion for an Order Staying All Proceedings is **DENIED**.

2. It appears that Judge Rosenbaum's Order to Show Cause dated December 22, 2001 has not been responded to. The parties are hereby directed to advise this Court on or before December 2, 2002, whether the requirements of 28 U.S.C. § 1332 are satisfied.

DATED: Nov 22, 2002

Franklin L Noel
FRANKLIN L. NOEL
United States Magistrate Judge

FILED NOV 25 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK