UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-1949(JMR/FLN)

Kellerman )
)
v. )
) ORDER
Rowen et. al. )

On August 7, 2001, plaintiff filed a complaint in Minnesota state court. On October 24, 2001, defendant filed a notice of removal with this Court, alleging diversity jurisdiction pursuant to 28 U.S.C. § 1332. On December 27, 2001, the Court issued an Order to Show Cause directed to both parties to advise this Court whether the damages requirement of 28 U.S.C. § 1332 is satisfied.

Based on the responsive submissions of the parties, the Court is satisfied that the jurisdictional amount is adequately supported.

IT IS SO ORDERED.

Dated: January 21st, 2003

JAMES M. ROSENBAUM
United States Chief District Judge

FILED 1-24-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS