UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Timothy John Kellerman,

Plaintiff,

v.

Thomas Lee Rowen, et al.,

Defendants.

Civil 01-1949 JMR/FLN

ORDER

---

Pursuant to Judge Leavitt's order of August 28, 2003, the settlement conference scheduled for October 22, 2003, is cancelled. The matter is stayed pursuant to the same order of Judge Leavitt. The parties are hereby ORDERED to submit a written status report to the Court on or before May 1, 2004, as to the status of the Dane County, Wisconsin, case.

DATED: October 24, 2003.

FRANKLIN L. NOEL
United States Magistrate Judge

OCT 24 2003
FILED
JUDGMENT ENTD
DEPUTY CLERK