**MINUTES OF PROCEEDINGS:** (XX) Judge James M. Rosenbaum
**MOTIONS** Reporter -

**UNITED STATES DISTRICT COURT, DISTRICT OF MINNESOTA, 4TH DIVISION**

Timothy Kellerman ____________________ ____________________

____________________ ____________________

____________________ ____________________

PLAINTIFF(S) PLAINTIFF(S) COUNSEL

VS. CIV.. 01-1949 ____________________

Thomas Rowen ____________________ ____________________

____________________ ____________________

____________________ ____________________

INTERPRETER ____________________

( ) **MOTION MINUTES**

**ORDER TO BE SUBMITTED BY: ( ) COURT ( ) PLAINTIFF ( ) DEFENDANT**

STATISTICAL CLOSING: This case having been pending for over three years, all presently contemplated proceedings having been completed, and there having been no action herein for over12 months, there appears to be no further reason at this time to maintain the file as an open one for statistical purposes, and the Clerk is instructed to submit a JS-6 to the Administrative Office. ***STAYED PENDING WISCONSIN CASE.***

( ) Exhibits retained by Court. ( ) Exhibits returned to Counsel.
( ) Bond continued. ( ) Deft. Remanded to custody of U.S. Marshal.

Dated: 4-29-04

S/Larry Lewis
Larry Lewis, Calendar Clerk to
James M. Rosenbaum