UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINENSOTA

Timothy John Kellerman,

Plaintiff,

v.

Thomas Lee Rowen and T. T. I., INC.,

Defendants.

Court File Number: 01-1949-JMR/FLN

**STIPULATION OF DISMISSAL**

The above-entitled action having been fully, finally, and completely compromised between the parties,

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that the same may be, and hereby is, dismissed with prejudice, in its entirety and on the merits and without costs and disbursement to any party, and that the parties to this stipulation may apply to the court pursuant to this stipulation for an Order directing that a judgment of dismissal of all claims be entered accordingly.

Dated: October 11, 2006

SCHWEBEL GOETZ & SIEBEN

By: s/Larry E. Stern
Larry E. Stern (#105296)
ATTORNEYS FOR THE PLAINTIFF
5120 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2246
Telephone: 612-377-7777

Dated: September 26, 2006

Lind, Jensen, Sullivan & Peterson

By: s/Timothy J. O'Connor
Timothy J. O'Connor (#216483)
ATTORNEYS FOR THE DEFENDANT
Lind, Jensen, Sullivan & Peterson
150 South Fifth Street #1700
Minneapolis, MN 55402-4217
Telephone: (612) 333-3637