UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINENSOTA

Timothy John Kellerman,

Plaintiff,

v.

Thomas Lee Rowen and T. T. I., INC.,

Defendants.

Court File Number: 01-1949-JMR/FLN

**ORDER OF DISMISSAL WITH PREJUDICE**

Upon the foregoing Stipulation of Dismissal, it is hereby ordered as follows:

1. Any and all claims in this matter are hereby dismissed, with prejudice, on the merits, and in their entirety, but without any award of costs or disbursement to any of the parties.

2. There being no just reason for delay, let judgment be entered accordingly.

Dated: October 13, 2006

BY THE COURT:

s/James M. Rosenbaum
Hon. James M. Rosenbaum
United States Federal Court Judge
United States District Court
District of Minnesota