✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Timothy John Kellerman

V.

Thomas Lee Rowen and T.T.I., Inc.

## JUDGMENT IN A CIVIL CASE

Case Number: 01-1949 JMR/FLN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. Pursuant to the Stipulation of the parties.

IT IS ORDERED AND ADJUDGED THAT:
any and all claims in this matter are hereby DISMISSED WITH PREJUDICE on the merits, and in their entirety, but without any award of costs or disbursement to any of the parties.

October 13, 2006
Date

RICHARD D. SLETTEN, CLERK

s/G. Schneider
(By) G. Schneider, Deputy Clerk